## ALEXANDER HARRIS v. JOHN A. PEEL.

Where the note sued on bears eight per cent. interest, no special damages will be allowed as for a frivolous appeal: and this court will simply affirm the judgment of the court below.

APPEAL from the Sixth District Court of New Orleans, *Howell*, J. *Durant & Hornor* for plaintiff.

JONES, J. The plaintiff, as the holder of a mortgage note, sued out a writ of seizure and sale as to the mortgaged property.

His proceedings are regular; and, upon the examination of the record, we find no error prejudicial to the appellant.

This appeal was taken for delay; but, as the note, the basis of the seizure, bears eight per cent. interest, we simply affirm the judgment, with costs.

HOWELL, J., recused.